Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JEREMIAH BLUE SEAGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH BLUE SEAGO ) | Case No.: 2:16-cv-01348-CMK |
| Plaintiff, ) | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. ) | (FIRST REQUEST) |
| Defendant. ) | |

Plaintiff Jeremiah Blue Seago and Defendant ,Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from March 3, 2017 to March 31, 2017 for Plaintiff to file a Motion for Summary Judgment with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel is in the process of preparing this motion

when the due date arrived and is not able to complete this motion by 5 pm today and has a heavy hearing schedule next week. Counsel is seeking to complete the motion and file it prior to the date requested; however, she will have to fit it between hearings and has requested 28 days in good faith as an effort to avoid any further requests for extension.

DATE: March 3, 2017          Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Denise Bourgeois Haley*
_____
Denise Bourgeois Haley
Attorney for plaintiff Mr. Jeremiah Blue Seago

DATE:  March 3, 2017          PHILLIP A. TALBET
                              *United States Attorney*

BY: /s/ *Geralyn Gulseth*
_____
Geralyn Gulseth for
Hay-Mie Cho
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

Dated:  March 8, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-2-