Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jeremiah Blue Seago

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| JEREMIAH BLUE SEAGO, | Case No.: 2:16-cv-01348-CMK |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation for dismissal, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: March 30, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

DATE: March 20, 2017                Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                              /s/ *Denise Bourgeois Haley*
BY: _____
                                  Denise Bourgeois Haley
                                  Attorney for plaintiff Jeremiah Blue Seago

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:16-CV-01348-CMK

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 28, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Denise Bourgeois Haley*

_____
Denise Bourgeois Haley
Attorneys for Plaintiff
_____